STOKES, Respondent, v. STOKES, Appellant. (Supreme Court, General Term, First Department. April 13, 1894.) Action by Edward S. Stokes against William E. D. Stokes. G. H. Adams, for appellant. G. P. Smith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STOKES et al., Appellants, v. WATERBURY et al., Respondents. (Supreme Court, General Term, First Department. March, 1894.) Action by Walter C. Stokes and others against James M. Waterbury and others. No opinion. Order modified by striking out paragraphs numbered 7, 8, 9, and 10, and affirmed as modified, without costs.

STRANG, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Superior Court of New York City, General Term. July 2, 1894.) Action by Louisa L. Strang against the Metropolitan Elevated Railway Company and others. Davies & Rapallo, for appellants. J. E. Parsons, for respondent. No opinion. The judgment herein must be affirmed, with costs.

STUBING v. METROPOLITAN LIFE INS. CO. (Supreme Court, General Term, Second Department. June 18, 1894.) Action by Frederick J. Stubing against the Metropolitan Life Insurance Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 28 N. Y. Supp. 960.

SYKES et al., Respondents, v. SILVER LAKE ICE CO., Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Ann Amelia Sykes and another, executors of the last will and testament of James Sykes, deceased, against the Silver Lake Ice Company. No opinion. Judgment and order appealed from affirmed.

TANGE, Respondent, v. NEW YORK & N. J. INV. CO., Appellant. (Common Pleas of New York City and County, General Term. June 4, 1894.) Appeal from first district court. Action by Charles Tange against the New York & New Jersey Investment Company. There was a judgment in favor of plaintiff, and defendant appeals. Reversed. Fromme Bros., for appellant. I. Newton Williams, for respondent.

BOOKSTAVER, J. This action was brought to recover commissions claimed to have been earned by respondent as broker in effecting a sale of real estate, and was tried by the court with a jury. From the evidence it seems that the respondent acted as agent for the appellant under a written contract by which he was to receive 30 per centum on all sales of real estate effected by him. The claim sued upon was for commissions on the sale of ten lots: five sold by appellant to one Linke, and five to one Reinhardt. On the trial no claim was made that these were effected by the respondent personally, but he claimed they were effected through his subagent, one Zittsler. There is nothing in the evidence that in any way connects either him or Zittsler with the sale of the five lots to Reinhardt. On the other hand, the appellant proved by Reinhardt himself that he purchased his five lots directly from the appellant, and that he never saw the respondent, nor was he induced to buy the lots through the efforts of Zittsler. While the charge of the court to the jury was fair and clear on the questions of fact raised by the testimony, it is manifest that the jury disregarded his instructions, and found a verdict as to this part of the claim without evidence to support it. As to the five lots sold to Linke, respondent does not claim that he sold them himself, but claims through his subagent, Zittsler. Zittsler's testimony on the subject is very indefinite and shadowy. Besides, it was directly contradicted by the testimony offered by defendant, and we therefore think no injustice can be done in reversing the judgment entirely, and directing a new trial, with costs to the appellant.

TEFFT v. DONNELLY. (Supreme Court, General Term, Third Department. July 14, 1894.) Action by Otis A. Tefft against John Donnelly. No opinion. Judgment affirmed, with costs.

TISDAL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by William M. Tisdal against the New York Cen ral & Hudson River Railroad Company. No opinion. Judgment and order appealed from affirmed.

TOMPKINS v. SHEEHAN. (Supreme Court, General Term, Third Department. July 14, 1894.) Action by Hiram Tompkins against Cornelius Sheehan. No opinion. Reargument ordered.

TUCKER et al. v. METROPOLITAN EL. RY. CO. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Sarah B. Tucker and another against the Metropolitan Elevated Railway Company. No opinion. Motion for reargument denied, with $10 costs.

TUCKER ELECTRICAL CONST. CO., Respondent, v. DOBBINS, Appellant. (Supreme Court, General Term, Second Department. July 27, 1894.) Action by the Tucker Electrical Construction Company against Thomas Dobbins. No opinion. Judgment and order affirmed, with costs.